# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **CHESTER LAMBERT LILLEY JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00031-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **CARLTON JOYNER,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 14, 2016 Order.

December 14, 2016

Frank G. Johns, Clerk
United States District Court